IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH SEELEY** | : | CIVIL ACTION NO. 1:CV-14-871 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| **THE BABY STEP ADOPTION AGENCY, LARRY GREEN and NORA LORENZO GREEN** | : : : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a May 29 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is **GRANTED.**

3) Plaintiff's Complaint (Doc. No. 1) is **DISMISSED.**

4) The Clerk of Court shall close the file.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania

Dated: June 17, 2014